BARBARA KIRKLAND McCOMBS, RICKY DALE KIRKLAND AND BOBBY
GENE KIRKLAND, BY HIS GUARDIAN AD LITEM v. ENOCH KIRKLAND

No. 568PA85

(Filed 2 July 1986)

ON plaintiffs' petition for writ of certiorari to review the decision of the Court of Appeals, 76 N.C. App. 336, 332 S.E. 2d 513 (1985), affirming order entered by *Carpenter, J.,* at the April 1984 session of District Court, GASTON County, granting defendant's motion for summary judgment and dismissing plaintiffs' action. Heard in the Supreme Court 9 June 1986.

*Rankin & Stancil, by James W. Stancil, for plaintiff-appellants.*

*Harris, Bumgardner & Carpenter, by Don H. Bumgardner, for defendant-appellee.*

PER CURIAM.

Petition for writ of certiorari improvidently allowed.